**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 15-23589 |
|---|---|---|
| | § | |
| GUADALUPE M BLANCO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/10/2015. The undersigned trustee was appointed on 07/10/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $6,594.28

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $23.98 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $1,743.76 |
    | Other payments to the debtor | $3,092.24 |
    | Leaving a balance on hand of[1] | $1,734.30 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/18/2016 and the deadline for filing government claims was 08/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $439.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $439.57, for a total compensation of $439.57[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $14.26, for total expenses of $14.26.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2017           By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 10/19/2017 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home with house on rear lot - 9900 S. Commercial Ave. Chicago, IL | $115,000.00 | $0.00 | | $0.00 | FA |
| 2 | 4717 Torrence Ave Hammond, IN | $60,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash On-Hand / Personal Funds | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Savings - Providence Bank - #2624 | $328.15 | $0.00 | | $0.00 | FA |
| 5 | Checking - Providence Bank - #2344 | $690.01 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous used household goods and furnishings | $900.00 | $0.00 | | $0.00 | FA |
| 7 | Used clothing fully depreciated | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Term insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 9 | GE RSP ( 401 k) | $31,909.00 | $0.00 | | $0.00 | FA |
| 10 | 2000 Ford Explorer - 200,000 miles - in possession of the Debtor | $1,300.00 | $0.00 | | $0.00 | FA |
| 11 | 2010 VW Tiguan - 70,000 miles - in possession of the Debtor | $12,700.00 | $0.00 | | $0.00 | FA |
| 12 | 2015 income tax refund (u) | $3,402.00 | $1,631.00 | | $6,467.00 | FA |
| **Asset Notes:** | Exempted portion per amended C (5/16/16 dkt: 42) 735 ILCS 5/12-1001(b): $1,731.84  Debtor's pro-rated portion: $3,104.16 | | | | | |
| 13 | 2003 Hyundai Santa Fe - in possession of son, Roger Blanco (u) | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Appraisal provided.  Vehicle worth $300.00 | | | | | |
| 14 | IL Unclaimed Property (u) | $0.00 | $233.91 | | $127.28 | FA |
| **Asset Notes:** | Claim# 6345903  balance of $106.63 was jointly-held, and Trustee is abandoning this portion. | | | | | |

**TOTALS (Excluding unknown value)**                               **Gross Value of Remaining Assets**
                                $226,829.16              $1,864.91                    $6,594.28                 $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 10/19/2017 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2017  2017 Reporting Period:

Submitted claim to IL Treasurer for unclaimed funds in Debtor's name. (Claim #6345903, currently "in line for review")

Once funds are received, case will be ready for TFR.

06/27/2016  2016 Reporting Period:

Asset Case - 2015 tax refund.

Case was re-opened to administer following tax intercept

Returned Debtor's exempted amount per amended schedules.

Claims bar date: 8/18/16

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 10/01/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit B

| Case No. | 15-23589-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/19/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | | * | $6,467.00 | | $6,467.00 |
| | {12} | | Debtor's pro-rated portion of 2015 tax refund | $3,104.16 | 1280-002 | | | $6,467.00 |
| | {12} | | Debtor's exempted portion of 2015 tax refund | $1,731.84 | 1280-002 | | | $6,467.00 |
| | {12} | | Estate portion of 2015 tax refund | $1,631.00 | 1224-000 | | | $6,467.00 |
| 05/25/2016 | 3001 | GUADALUPE BLANCO | Debtor's Exempted Portion of Tax Refund, plus part of Debtor's pro-rated portion | | 8100-002 | | $1,743.76 | $4,723.24 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.71 | $4,718.53 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.36 | $4,711.17 |
| 07/20/2016 | 3002 | GUADALUPE BLANCO | Balance of Debtor's pro-rated portion of 2015 Tax Refund | | 8500-002 | | $3,092.24 | $1,618.93 |
| 07/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.63 | $1,612.30 |
| 08/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.60 | $1,609.70 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.68 | $1,607.02 |
| 10/19/2017 | (14) | State of Illinois - Comptroller | Unclaimed funds | | 1229-000 | $127.28 | | $1,734.30 |

**SUBTOTALS** $6,594.28   $4,859.98

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $6,594.28 | $4,859.98 | $1,734.30 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,594.28 | $4,859.98 | |
| | | | Less: Payments to debtors | | $0.00 | $1,743.76 | |
| | | | **Net** | | $6,594.28 | $3,116.22 | |

**For the period of 7/10/2015 to 10/19/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.98 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $4,859.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/17/2016 to 10/19/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.98 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $4,859.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/19/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $6,594.28 | $4,859.98 | $1,734.30 |

**For the period of 7/10/2015 to 10/19/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.98 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $4,859.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2015 to 10/19/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23.98 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $4,859.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 15-23589-PSH | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | | | | | | | Date: 10/19/2017 |
| Claims Bar Date: | 08/18/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $439.57 | $0.00 | $0.00 | $0.00 | $439.57 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $14.26 | $0.00 | $0.00 | $0.00 | $14.26 |
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |

**Claim Notes:** Fee to reopen case

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br><br>dba GM Financial<br>P O Box 183853<br>Arlington TX 76096 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Amended | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim 3-1: amended after repossession and sale to claim only the unsecured deficiency. (See claim 3-2)

| 1 | SPRINT<br><br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $798.56 | $0.00 | $0.00 | $0.00 | $798.56 |
| 3A | AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM Financial<br>P O Box 183853<br>Arlington TX 76096 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,279.31 | $0.00 | $0.00 | $0.00 | $6,279.31 |

**Claim Notes:** Claim 3-2: amends claim 3-1 to state the unsecured deficiency claim remaining after repossession and sale of 2010 Volkswagen Tiguan

CLAIMS ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 15-23589-PSH | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | BLANCO, GUADALUPE M | | | | | | | Date: | 10/19/2017 |
| Claims Bar Date: | 08/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $208.03 | $0.00 | $0.00 | $0.00 | $208.03 |
| | | | | | $7,999.73 | $0.00 | $0.00 | $0.00 | $7,999.73 |

| Case No. | 15-23589-PSH | Trustee Name: David Leibowitz |
| --- | --- | --- |
| Case Name: | BLANCO, GUADALUPE M | Date: 10/19/2017 |
| Claims Bar Date: | 08/18/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| Clerk of the Court Costs (includes adversary and other filing fees) | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| General Unsecured § 726(a)(2) | $7,077.87 | $7,077.87 | $0.00 | $0.00 | $0.00 | $7,077.87 |
| Payments to Unsecured Credit Card Holders | $208.03 | $208.03 | $0.00 | $0.00 | $0.00 | $208.03 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $15,942.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $439.57 | $439.57 | $0.00 | $0.00 | $0.00 | $439.57 |
| Trustee Expenses | $14.26 | $14.26 | $0.00 | $0.00 | $0.00 | $14.26 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-23589
Case Name:     GUADALUPE M BLANCO
Trustee Name:  David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $1,734.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|---:|
| 3 | AmeriCredit Financial Services, Inc. | $15,942.83 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,734.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $439.57 | $0.00 | $439.57 |
| David P. Leibowitz, Trustee Expenses | $14.26 | $0.00 | $14.26 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $713.83 |
| Remaining balance: | $1,020.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,020.47 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,020.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,285.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Sprint | $798.56 | $0.00 | $111.84 |
| 2 | PYOD, LLC its successors and assigns as assignee | $208.03 | $0.00 | $29.14 |
| 3A | AmeriCredit Financial Services, Inc. | $6,279.31 | $0.00 | $879.49 |

|  | Total to be paid to timely general unsecured claims: | $1,020.47 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**