**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-23589 |
| | § | |
| GUADALUPE M BLANCO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $172,700.00 | Assets Exempt: | $53,559.00 |
| Total Distributions to Claimants: | $1,020.47 | Claims Discharged Without Payment: | $17,130.79 |
| Total Expenses of Administration: | $737.81 | | |

3) Total gross receipts of $6,594.28 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,836.00 (see **Exhibit 2),** yielded net receipts of $1,758.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $322,165.00 | $15,942.83 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $737.81 | $737.81 | $737.81 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $11,736.36 | $7,285.90 | $7,285.90 | $1,020.47 |
| **Total Disbursements** | $333,901.36 | $23,966.54 | $8,023.71 | $1,758.28 |

4).  This case was originally filed under chapter 7 on 07/10/2015.  The case was pending for 30 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2018     By:   /s/ David P. Leibowitz
                             Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| IL Unclaimed Property | 1229-000 | $127.28 |
| 2015 income tax refund | 1280-002 | $6,467.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,594.28** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| GUADALUPE BLANCO | Exemptions | 8100-002 | $1,743.76 |
| GUADALUPE BLANCO | Funds to Third Parties | 8500-002 | $3,092.24 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,836.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AmeriCredit Financial Services, Inc. | 4210-000 | $16,390.00 | $15,942.83 | $0.00 | $0.00 |
| | Chase Mortgage | 4110-000 | $108,774.00 | $0.00 | $0.00 | $0.00 |
| | Royal Bank | 4110-000 | $170,909.00 | $0.00 | $0.00 | $0.00 |
| | Royal Bank | 4110-000 | $26,092.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$322,165.00** | **$15,942.83** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $439.57 | $439.57 | $439.57 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.26 | $14.26 | $14.26 |
| Green Bank | 2600-000 | NA | $23.98 | $23.98 | $23.98 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$737.81** | **$737.81** | **$737.81** |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sprint | 7100-000 | $555.00 | $798.56 | $798.56 | $111.84 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $316.00 | $208.03 | $208.03 | $29.14 |
| 3A | AmeriCredit Financial Services, Inc. | 7100-000 | $0.00 | $6,279.31 | $6,279.31 | $879.49 |
| | Chase | 7100-000 | $1,997.00 | $0.00 | $0.00 | $0.00 |
| | Metropolitan Advanced Radiology | 7100-000 | $7.00 | $0.00 | $0.00 | $0.00 |
| | Metropolitan Advanced Radiology | 7100-000 | $12.00 | $0.00 | $0.00 | $0.00 |
| | State Farm Insurance Company | 7100-000 | $8,849.00 | $0.00 | $0.00 | $0.00 |
| | United Recovery Systems | 7100-000 | $0.36 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,736.36 | $7,285.90 | $7,285.90 | $1,020.47 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-23589    Doc 59    Filed 02/05/18    Entered 02/05/18 15:03:18    Desc Main
Document    Page 5 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 1/11/2018 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home with house on rear lot - 9900 S. Commercial Ave. Chicago, IL | $115,000.00 | $0.00 | | $0.00 | FA |
| 2 | 4717 Torrence Ave Hammond, IN | $60,000.00 | $0.00 | | $0.00 | FA |
| 3 | Cash On-Hand / Personal Funds | $50.00 | $0.00 | | $0.00 | FA |
| 4 | Savings - Providence Bank - #2624 | $328.15 | $0.00 | | $0.00 | FA |
| 5 | Checking - Providence Bank - #2344 | $690.01 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous used household goods and furnishings | $900.00 | $0.00 | | $0.00 | FA |
| 7 | Used clothing fully depreciated | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Term insurance through employer | $0.00 | $0.00 | | $0.00 | FA |
| 9 | GE RSP ( 401 k) | $31,909.00 | $0.00 | | $0.00 | FA |
| 10 | 2000 Ford Explorer - 200,000 miles - in possession of the Debtor | $1,300.00 | $0.00 | | $0.00 | FA |
| 11 | 2010 VW Tiguan - 70,000 miles - in possession of the Debtor | $12,700.00 | $0.00 | | $0.00 | FA |
| 12 | 2015 income tax refund (u) | $3,402.00 | $1,631.00 | | $6,467.00 | FA |
| **Asset Notes:** | Exempted portion per amended C (5/16/16 dkt: 42) 735 ILCS 5/12-1001(b): $1,731.84 Debtor's pro-rated portion: $3,104.16 | | | | | |
| 13 | 2003 Hyundai Santa Fe - in possession of son, Roger Blanco (u) | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Appraisal provided.  Vehicle worth $300.00 | | | | | |
| 14 | IL Unclaimed Property (u) | $0.00 | $233.91 | | $127.28 | FA |
| **Asset Notes:** | Claim# 6345903 balance of $106.63 was jointly-held, and Trustee is abandoning this portion. | | | | | |

**TOTALS (Excluding unknown value)**

|  | $226,829.16 | $1,864.91 | | $6,594.28 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Case 15-23589   Doc 59   Filed 02/05/18   Entered 02/05/18 15:03:18   Desc Main
Document      Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 15-23589-PSH | | | Trustee Name: | David Leibowitz |
| Case Name: | BLANCO, GUADALUPE M | | | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 1/11/2018 | | | §341(a) Meeting Date: | 08/19/2015 |
| | | | | Claims Bar Date: | 08/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2017  2017 Reporting Period:

Submitted claim to IL Treasurer for unclaimed funds in Debtor's name. (Claim #6345903, currently "in line for review")

Once funds are received, case will be ready for TFR.

06/27/2016  2016 Reporting Period:

Asset Case - 2015 tax refund.

Case was re-opened to administer following tax intercept

Returned Debtor's exempted amount per amended schedules.

Claims bar date: 8/18/16

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 10/01/2017 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

| Case No. | 15-23589-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | * | $6,467.00 | | $6,467.00 |
| | {12} | | Debtor's pro-rated portion of 2015 tax refund $3,104.16 | 1280-002 | | | $6,467.00 |
| | {12} | | Debtor's exempted portion of 2015 tax refund $1,731.84 | 1280-002 | | | $6,467.00 |
| | {12} | | Estate portion of 2015 tax refund $1,631.00 | 1224-000 | | | $6,467.00 |
| 05/25/2016 | 3001 | GUADALUPE BLANCO | Debtor's Exempted Portion of Tax Refund, plus part of Debtor's pro-rated portion | 8100-002 | | $1,743.76 | $4,723.24 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.71 | $4,718.53 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.36 | $4,711.17 |
| 07/20/2016 | 3002 | GUADALUPE BLANCO | Balance of Debtor's pro-rated portion of 2015 Tax Refund | 8500-002 | | $3,092.24 | $1,618.93 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.63 | $1,612.30 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.60 | $1,609.70 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.68 | $1,607.02 |
| 10/19/2017 | (14) | State of Illinois - Comptroller | Unclaimed funds | 1229-000 | $127.28 | | $1,734.30 |
| 12/14/2017 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $260.00; Distribution Dividend: 100.00%; | 2700-000 | | $260.00 | $1,474.30 |
| 12/14/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.26 | $1,460.04 |
| 12/14/2017 | 3005 | David P. Leibowitz | Trustee Compensation This check was misprinted | 2100-003 | | $439.57 | $1,020.47 |
| 12/14/2017 | 3006 | Sprint | Claim #: 1; Amount Claimed: $798.56; Distribution Dividend: 14.01%; | 7100-000 | | $111.84 | $908.63 |
| 12/14/2017 | 3007 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Amount Claimed: $208.03; Distribution Dividend: 14.01%; | 7100-900 | | $29.14 | $879.49 |
| 12/14/2017 | 3008 | AmeriCredit Financial Services, Inc. | Claim #: 3; Amount Claimed: $6,279.31; Distribution Dividend: 14.01%; | 7100-000 | | $879.49 | $0.00 |
| 12/16/2017 | 3005 | VOID: David P. Leibowitz | | 2100-003 | | ($439.57) | $439.57 |
| 12/16/2017 | 3009 | David P. Leibowitz | Trustee Compensation - original check misprinted | 2100-000 | | $439.57 | $0.00 |

| | | | | SUBTOTALS | $6,594.28 | $6,594.28 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2     Exhibit 9

| Case No. | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | TOTALS: |  | $6,594.28 | $6,594.28 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | Subtotal |  | $6,594.28 | $6,594.28 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $1,743.76 | |
|  |  |  | Net |  | $6,594.28 | $4,850.52 | |

**For the period of 7/10/2015 to 1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,758.28 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $6,594.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/17/2016 to 1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,758.28 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $6,594.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23589-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BLANCO, GUADALUPE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5279 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Blanco, Guadalupe |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,594.28 | $6,594.28 | $0.00 |

**For the period of 7/10/2015 to 1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,758.28 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $6,594.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2015 to 1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,758.28 |
| Total Non-Compensable Receipts: | $4,836.00 |
| Total Comp/Non Comp Receipts: | $6,594.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,758.28 |
| Total Non-Compensable Disbursements: | $4,836.00 |
| Total Comp/Non Comp Disbursements: | $6,594.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ